THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE BLAIR, Respondent, *v.* HOMER FOLKS, as Commissioner of Public Charities of the City of New York, Appellant.

*People ex rel. Blair* v. *Folks,* 86 App. Div. 626, affirmed.
(Submitted October 7, 1903; decided October 27, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July

27, 1903, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to reinstate the relator in the position of superintendent of out-door poor in the city of New York.

*George L. Rives, Corporation Counsel* (*Theodore Connoly* and *William B. Crowell* of counsel), for appellant.

*Asa Bird Gardiner* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.